RECEIVED
JUL 16 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN LUTTRULL | CIVIL ACTION NO. 1:17-CV-00768 |
| VERSUS | JUDGE DEE D. DRELL |
| JAMES DEVILLE, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 43), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 33) is **DENIED in part and GRANTED in part.** The motion is **GRANTED** in favor of Warden Deville on Garrison's §1983 claims and state law claims for vicarious liability and **DENIED** as to Garrison's state law negligence claims against Warden Deville and Garrison's §1983 and state law claims against Toler, Chelette, and Curry.

SIGNED this 15 day of July 2019, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE